CENTRAL THEATRES LEASING AND CONSTRUCTION COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office February 28, 1916, dismissing the complaint at the close of the plaintiff's case after a trial at Trial Term.

PER CURIAM: In our opinion the plaintiff produced sufficient evidence to present a question of fact which should have been submitted to the jury, for which reason the dismissal of the complaint was not justified. The judgment is reversed and new trial ordered, with costs to appellant to abide the event. Present — Scott, Dowling, Smith, Page and Shearn, JJ. Judgment reversed and new trial ordered, with costs to appellant to abide event.